497 A.2d 1331

**COMMONWEALTH of Pennsylvania**

v.

**John BURTON, Jr., Petitioner.**

Supreme Court of Pennsylvania.

Sept. 24, 1985.

Petition for Allowance of Appeal GRANTED, No. 126 E.D. Appeal Docket 1985.